# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

SEP 13 AM 8:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



By _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11cr2969-BTM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MANUEL MADUENO-CAMACHO [1], | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21:841(a)(1) and 846

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/13/11

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE